**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-10400

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

Dated: May 21, 2010

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Matthew Christopher Blodgett and Christine Marie Blodgett<br>    Debtors.<br>_____<br>CitiFinancial Mortgage Company, Inc.<br>    Movant,<br>vs.<br>Matthew Christopher Blodgett and Christine Marie Blodgett, Debtors, U.S. Trustee, Trustee.<br>    Respondents. | No. 2:10-BK-02949-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #31) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 11, 2006 and recorded in the office of the Maricopa County Recorder wherein CitiFinancial Mortgage Company, Inc. is the current beneficiary and Matthew Christopher Blodgett and Christine Marie Blodgett have an interest in, further described as:

> LOT 1177, OF SUNDANCE PARCEL 21, RECORDED ON 09/02/2003 IN MAP BOOK 600, PAGE 37, OF MARICOPA COUNTY RECORDS.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.